UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LETARUS CRAWFORD PLAINTIFF

VERSUS CIVIL ACTION NO. 3:24-cv-400-DPJ-ASH

WARDEN DONALD JACKSON, et al. DEFENDANTS

REPORT AND RECOMMENDATION

This case is before the Court on pro se Plaintiff Letarus Crawford's ore tenus motion to dismiss Defendant Marco Uglade. An omnibus hearing was conducted on October 13, 2026. Crawford was sworn in and during the hearing he stated that he wanted to dismiss Defendant Uglade. To make certain, the Court asked if Crawford wanted to dismiss Defendant Uglade from this lawsuit. Crawford responded yes. The Court then asked the attorney representing Defendant Uglade for a response, and he agreed to the dismissal of Defendant Uglade.

For the foregoing reasons, the undersigned recommends that Crawford's ore tenus motion to dismiss Defendant Marco Uglade be granted and the claims against him be dismissed without prejudice.

In accordance with the Rules of this Court, any party may serve and file written objections to the recommendations, with a copy[1] to the United States District Judge, the Magistrate Judge, and the opposing party, within fourteen days after being served a copy of this recommendation. Failure to timely file written objections to proposed findings, conclusions, and recommendations contained within this report and recommendation will bar that party from attacking on appeal unobjected to proposed factual findings and legal conclusions accepted by

[1] When a document is served by mail, the party is considered to have been served on the date the document is mailed by the Court. *See* Fed. R. Civ. P. 5(b)(2)(C).

the District Court, except on the grounds of plain error. *See* 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017).

RESPCTFULLY SUBMITTED, this 14th day of October, 2026.

*s/Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE