UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LETARUS CRAWFORD PLAINTIFF

V. CIVIL ACTION NO. 3:24-CV-400-DPJ-ASH

WARDEN DONALD JACKSON, et al. DEFENDANTS

ORDER

Plaintiff Letarus Crawford, proceeding pro se, filed this civil action under 42 U.S.C. § 1983. *See* Compl. [1] at 1. He complains of unsanitary conditions at East Mississippi Correctinoal Facility in Meridian, Mississippi, where he is housed, and alleges those conditions caused him to contract H-Pylori. *Id.* at 9.

At an omnibus hearing on October 13, 2026, in front of United States Magistrate Judge Andrew S. Harris, Crawford made an ore tenus motion to dismiss Defendant Marco Uglade. R&R [38] at 1. On October 14, 2026, Judge Harris entered a Report and Recommendation [38], recommending that the Court dismiss Defendant Uglade. *Id.* at 1. Judge Harris explains that Crawford made the motion under oath and that Crawford further confirmed his intention upon questioning by Judge Harris. *Id.* Defendant Uglade agreed. *Id.* No objection has been filed, and the time to do so has passed. *See id.* (advising the parties that they had 14 days to file objections).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having

reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

IT IS ORDERED that the Report and Recommendation [38] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the Report and Recommendation, Crawford's motion is granted and Defendant Marco Uglade is dismissed.

**SO ORDERED AND ADJUDGED** this the 5th day of November, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE